FILED
CLERK, U.S. DISTRICT COURT

MAY - 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WEDGEWOOD COMMUNITY FUND II, )    Case No. CV 14-3024-UA (PJWx)
LLC,                         )
                             )    [PROPOSED] ORDER SUMMARILY REMANDING
           Plaintiff,        )    IMPROPERLY-REMOVED ACTION
                             )
     v.                      )
                             )
WANDA WEBSTER, ET AL.,       )
                             )
           Defendants.       )
                             )
                             )
_____)

     Before the Court is an unlawful detainer action that has been
removed from the Los Angeles County Superior Court.  For the following
reasons, the case is summarily remanded to the state court.

     On April 21, 2014, Defendant Wanda Webster, having been sued in
the Superior Court of Los Angeles in what appears to be a routine
unlawful detainer action, removed the action to this court.  Simply
stated, because Plaintiff could not have brought this action in
federal court in the first place (because there is no subject matter
jurisdiction), removal of the action is improper.  28 U.S.C.
§ 1441(a); *see Exxon Mobil Corp. v. Allapattah Svcs., Inc.*, 545 U.S.
546, 563 (2005).  The case does not meet the requirements of 28 U.S.C.
§ 1331 because it does not raise a federal question.  *See* 28 U.S.C.

1 §§ 1331.   And it does not meet the requirements of diversity

2 jurisdiction because, even assuming that Defendant could establish

3 that there was complete diversity of citizenship between the parties,

4 she could not show that the amount in controversy exceeds $75,000, as

5 the Complaint makes clear that there is less than $10,000 in dispute.

6 *See* 28 U.S.C. §§ 1332.

7     Accordingly, IT IS ORDERED that (1) pursuant to 28 U.S.C.

8 § 1447(c), this matter is REMANDED to the Superior Court of

9 California, County of Los Angeles, 110 North Grand Avenue, Los

10 Angeles, California 90012; (2) the clerk shall send a certified copy

11 of this Order to the state court; and (3) the clerk serve copies of

12 the Order on the parties.

13     IT IS SO ORDERED.

14     DATED: April 25 2014

15

16 GEORGE H. KING
    UNITED STATES DISTRICT JUDGE

17 Presented by:

18

19

20 PATRICK J. WALSH
    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28 S:\PJW\Cases-IFP\Civil duty IFP denials\Webster.wpd